**Elmer BARLEY, Plaintiff—Appellant,**

v.

**CAMPBELL COUNTY CIRCUIT COURT, Defendant— Appellee.**

No. 05–6022.

United States Court of Appeals, Fourth Circuit.

Submitted: April 29, 2005.

Decided: May 11, 2005.

Elmer Barley, Appellant pro se.

Before WILKINSON and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Elmer L. Barley appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Barley v. Campbell Cnty Court,* No. CA–04–739–2 (E.D.Va. Dec. 22, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*